UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON JAQUEZ, *on behalf of himself and all others similarly situated*,

                Plaintiff,

        v.

A BOOK COMPANY, LLC,

                Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 2-19-21

20-CV-9291 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

     A summons was issued in this case on November 6, 2021. Dkt. 4. According to the Federal Rules of Civil Procedure, Plaintiff was thus obligated to serve process on Defendant no later than February 4, 2021. *See* Fed. R. Civ. P. 4(m). Rule 4 of the Federal Rules provides that "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id*. Accordingly, no later than February 26, 2021, Plaintiff must either put proof of service on the docket or file a letter with the Court explaining why it should extend his time to serve process. **Failure to comply with this order will result in dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b).**

SO ORDERED.

Dated:    February 19, 2021
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge