UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMON JAQUEZ, *on behalf of himself an all others similarly situated*,

            Plaintiff,

        v.

A BOOK COMPANY, LLC,

            Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

20-CV-9291 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

     A summons was issued in this case on November 6, 2021. Dkt. 4. According to the Federal Rules of Civil Procedure, Plaintiff was thus obligated to serve process on Defendant no later than February 4, 2021. See Fed. R. Civ. P. 4(m). Plaintiff did not do so. On February 19, 2021, the Court ordered Plaintiff to request an extension of time to serve process or file proof of service no later than February 26, 2021. On February 22, Plaintiff filed a motion to extend time to serve Defendant and for leave to serve Defendant via alternative means. Dkt. 7. The Court granted the motion, extending Plaintiff's time to serve until March 25, 2021 and permitting Plaintiff to serve process via mail and email. Dkt. 8. Plaintiff was directed to file proof of service no later than March 25, 2021. *Id*. To date, Plaintiff has not done so.

Plaintiff is accordingly ordered to file proof of service no later than April 23, 2021.  **Failure to comply with this order will result in dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b).**

SO ORDERED.

Dated:   April 15, 2021
         New York, New York

RONNIE ABRAMS
United States District Judge