UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC-SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC#:                           │
│ DATE FILED:                     │
└─────────────────────────────────┘
```

RAMON JAQUEZ, *on behalf of himself and all others similarly situated*,

                    Plaintiff,

                  v.

A BOOK COMPANY, LLC,

                    Defendants.

20-CV-9291 (RA)

<u>ORDER</u>

RONNIE ABRAMS, United States District Judge:

Plaintiff served process on Defendant on February 23, 2021. Dkt. 8. Following Plaintiff's service of process, Defendant's answer was due on March 16, 2021. *Id*. To date, Defendant has not filed an answer. If Plaintiff intends to move for a default judgment against Defendant, he shall do so no later than May 21, 2021 in accordance with the Court's individual rules (https://nysd.uscourts.gov/sites/default/files/practice_documents/Judge%20Abrams% 20-%20Individual%20Rules%20of%20Practice%20in%20Civil% 20Cases.pdf). If he does not, he shall file a letter stating his intended next steps for this litigation.

SO ORDERED.

Dated:    April 19, 2021
          New York, New York

_____
RONNIE ABRAMS
United States District Judge